AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

ZYNGA GAME NETWORK INC., )
*Plaintiff* )
v. )  Civil Action No.
See Attachment A )
*Defendant* )    CV - 10  1022

PVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        See Attachment A

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dennis L. Wilson, Keats McFarland & Wilson LLP
    9720 Wilshire Boulevard, Penthouse Suite
    Beverly Hills, California 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking  HELEN ALMACEN

Date: _____   _____
                                                   *Signature of Clerk of Court or Deputy Clerk*

Attachment A to the Summons

JASON WILLIAMS, an individual, LUNA MARTINI, an individual, and JOHN DOES 1-5 D/B/A MW GROUP