Larry W. McFarland (Bar No. 129668)
E-Mail:  lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail:  dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail:  dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

\*\*E-Filed 6/1/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>                            Plaintiff,<br><br>           v.<br><br>JASON WILLIAMS, an individual, LUNA MARTINI, an individual, and JOHN DOES 1-5 D/B/A MW GROUP<br><br>                            Defendants. | **CASE NO. CV-10:01022 JF (PVTx)**<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  The COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Motion
2  to Continue Case Management Conference ("Motion") and the pleadings on file in this matter,
3  hereby GRANTS Zynga's Motion.
4  The Case Management Conference is hereby continued until Friday, August 27, 2010 at
5  10:30 A.M.  All other dates and deadlines related to the Case Management Conference are hereby
6  continued accordingly.

8  IT IS SO ORDERED.

10  ENTERED THIS __28th__ DAY OF __May__, 2010.

_____
The Honorable Jeremy Fogel,
United States District Court Judge