Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON WILLIAMS, an individual, LUNA MARTINI, an individual, and JOHN DOES 1-5 D/B/A MW GROUP<br><br>Defendants. | **CASE NO. CV-10:01022 JF (PVTx)**<br><br>**ORDER CONTINUING FRCP 4(m) SERVICE DEADLINE** |

1    The COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Motion
2 to Continue FRCP 4(m) Service Deadline, the supporting declaration of David K. Caplan, and the
3 pleadings on file in this matter, hereby GRANTS Zynga's Motion and ORDERS as follows:
4    The Federal Rule of Civil Procedure 4(m) deadline in this matter is CONTINUED until
5 September 8, 2010.

7 IT IS SO ORDERED.

9 ENTERED THIS __8th__ DAY OF __July__, 2010.

   _____
   The Honorable Jeremy Fogel,
   United States District Court Judge

- 1 -

CASE NO. CV-10:01022 JF (PVTx)
ORDER CONTINUING
FRCP 4(m) SERVICE DEADLINE