Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

**E-Filed 8/13/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>          v.<br><br>JASON WILLIAMS, an individual, LUNA MARTINI, an individual, and JOHN DOES 1-5 D/B/A MW GROUP<br><br>                              Defendants. | **CASE NO. CV-10:01022 JF (PVTx)**<br><br>[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    The COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Motion
2 to Continue Case Management Conference ("Motion") and the pleadings on file in this matter,
3 hereby GRANTS Zynga's Motion.
4    The Case Management Conference is hereby continued until Friday, November 5, 2010 at
5 10:30 A.M.  All other dates and deadlines related to the Case Management Conference are hereby
6 continued accordingly.

8 IT IS SO ORDERED.

10 ENTERED THIS 13th DAY OF August, 2010.

        _____
        The Honorable Jeremy Fogel,
        United States District Court Judge

- 1 -

CASE NO. CV-10:01022 JF (PVTx)
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE