**E-Filed 10/19/2010**

1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Tara D. Rose (Bar No. 256079)
   E-Mail: trose@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK INC.

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15 | ZYNGA GAME NETWORK INC., a Delaware Corporation, | CASE NO. CV-10:01022 JF (PVTx)
16 |                                                   |
17 |                      Plaintiff,                   | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
18 |            v.                                     |
19 | JASON WILLIAMS, an individual, LUNA MARTINI, an individual, WAN-WEN KUO, an individual, and JOHN DOES 4-5 D/B/A MW GROUP |
20 |                                                   |
21 |                                                   |
22 |                      Defendants.                  |

1  The COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Third
2 Motion to Continue the Case Management Conference ("Motion") and the pleadings on file in this
3 matter, hereby GRANTS Zynga's Motion.
4  The Case Management Conference is hereby continued until Friday, January 14, 2011 at
5 10:30 A.M.  All other dates and deadlines related to the Case Management Conference are hereby
6 continued accordingly.

8 IT IS SO ORDERED.

10 ENTERED THIS __19th__ DAY OF __October__, 2010.

_____
The Honorable Jeremy Fogel,
United States District Court Judge

- 1 -

CASE NO. CV-10:01022 JF (PVTx)
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE