Larry W. McFarland (Bar No. 129668)
E-Mail:  lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail:  dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail:  dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

**E-Filed 1/6/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON WILLIAMS, an individual, LUNA MARTINI, an individual, WAN-WEN KUO, an individual, and JOHN DOES 4-5 D/B/A MW GROUP<br><br>　　　　　　　Defendants. | CASE NO. CV-10:01022 JF (PSGx)<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1  The COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Fourth
2  Motion to Continue the Case Management Conference ("Motion") and the pleadings on file in this
3  matter, hereby GRANTS Zynga's Motion.
4  The Case Management Conference is hereby continued until Friday, April 15, 2011 at 10:30
5  A.M.  All other dates and deadlines related to the Case Management Conference are hereby
6  continued accordingly.

8  IT IS SO ORDERED.

10 ENTERED THIS __6th__ DAY OF __January__, 2011.

  _____
  The Honorable Jeremy Fogel,
  United States District Court Judge

- 1 -

CASE NO. CV-10:01022 JF (PSGx)
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE