1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Tara D. Rose (Bar No. 256079)
   E-Mail: trose@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK INC.

10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15 | ZYNGA GAME NETWORK INC., a Delaware Corporation, | **CASE NO. CV-10:01022 JF (PSG)**
16 |                                                  |
17 |                   Plaintiff,                     | **[PROPOSED] ORDER AUTHORIZING PLAINTIFF TO SERVE DEFENDANTS BY ELECTRONIC MAIL**
18 |                     v.                           |
19 | JASON WILLIAMS, an individual, LUNA MARTINI, an individual, WAN-WEN KUO, an individual, and JOHN DOES 4-5 D/B/A MW GROUP |
20 |                                                  |
21 |                                                  |
22 |                 Defendants.                      |

23

24

25

26

27

28

1    THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") administrative motion for leave to serve defendants Jason Williams, Luna Martini and Wan-Wen Kuo in this matter ("Defendants") with process by electronic mail ("email"), as well as the supporting declaration of David K. Caplan and the exhibits attached thereto, and the other pleadings and submissions on file in this case, hereby GRANTS Zynga's motion.

The Court finds that service of process by email on the Defendants is not prohibited by any international agreement, and that such service satisfies the requirements of due process.

Zynga is hereby authorized to serve process on the Defendants by sending the Summons, First Amended Complaint, this Order, and the other documents required by Civil Local Rule 4-2, in English, simultaneously to the following email addresses: <jwilliams1980@ymail.com>; <lmartini888@gmail.com>; <mwfexpress@gmail.com>; <mafiawarsblackmarket@gmail.com>; <cindypearst@yahoo.com>; and <mafiawarsdirect@gmail.com>.

Service shall be deemed effective as of the date the aforementioned emails are sent, and the Defendants shall answer or otherwise respond to Zynga's First Amended Complaint no later than twenty-one (21) days after that date.

Unless and until the Defendants appear in this matter and provide additional service information, Zynga is authorized to serve the Defendants with any further documents in this case by emailing such documents, in English, to the email addresses specified above. Service of such documents shall be deemed to be effective on the date the emails are sent.

IT IS SO ORDERED.

March 24, 2011

_____
The Honorable Jeremy Fogel
United States District Court Judge

- 1 -   CASE NO. CV-10:01022 JF (PSG)
[PROPOSED] ORDER AUTHORIZING PLAINTIFF
TO SERVE DEFENDANTS BY ELECTRONIC MAIL