Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA INC.

**E-Filed 5/10/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON WILLIAMS, an individual, LUNA MARTINI, an individual, WAN-WEN KUO, an individual, and JOHN DOES 4-5 D/B/A MW GROUP<br><br>Defendants. | CASE NO. CV-10:01022 JF (PSGx)<br><br>[PROPOSED] ORDER CONTINUING OR VACATING CASE MANAGEMENT CONFERENCE |

CASE NO. CV-10:01022 JF (PSGx)
[PROPOSED] ORDER
CONTINUING OR VACATING
CASE MANAGEMENT CONFERENCE

1  The COURT, having considered Plaintiff Zynga Inc.'s ("Zynga's") Motion to Continue or
2 Vacate the Case Management Conference currently scheduled for May 13, 2011, the supporting
3 declaration of David K. Caplan, and the pleadings on file in this matter, and finding good cause,
4 hereby GRANTS Zynga's motion.

5  It is hereby ORDERED that the Case Management Conference in this matter shall be:

6  ____   Vacated.

7  __X__  Continued until __June 24, 2011, at 9:00 a.m._____. All other court
8 dates and deadlines related to the Case Management Conference are continued accordingly

10 IT IS SO ORDERED.

12 ENTERED THIS __10th__ DAY OF __May____, 2011.

14  _____
   The Honorable Jeremy Fogel,
15  United States District Court Judge

- 1 -